B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**TRIPLANET PARTNERS LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**CONVERGENCE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **45-0501337** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**50 MAIN STREET, SUITE 1000**<br>**WHITE PLAINS, New York**<br>ZIP CODE **10606** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**WESTCHESTER** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7           ☐ Chapter 15 Petition for<br>☐ Chapter 9                Recognition of a Foreign<br>☒ Chapter 11              Main Proceeding<br>☐ Chapter 12         ☐ Chapter 15 Petition for<br>☐ Chapter 13              Recognition of a Foreign<br>                                         Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **TRIPLANET PARTNERS LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)    (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **TRIPLANET PARTNERS LLC** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X _____<br>Signature of Attorney for Debtor(s)<br>**A. MITCHELL GREENE**<br>Printed Name of Attorney for Debtor(s)<br>**See Attachment 1**<br>Firm Name<br><br>**875 THIRD AVENUE, 9TH FLOOR**<br>**NEW YORK, New York 10022**<br>Address<br>**(212) 603-6300**<br>Telephone Number<br><br>_____<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>   Signature<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)** | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>**SOPHIEN BENNACEUR**<br>Printed Name of Authorized Individual<br>**MANAGER**<br>Title of Authorized Individual<br><br>_____<br>Date | |

# Attachment

**Attachment 1**
ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                             Chapter 11

**TRIPLANET PARTNERS LLC**                             Case No.:
**D/B/A CONVERGENCE** ,

                                Debtor.
-----------------------------------------------------------X

## CERTIFICATION OF RESOLUTION

I, the undersigned, manager of **Triplanet Partners LLC** (the "LLC"), do hereby certify that at a meeting of the LLC duly called and held on **May 8, 2014**, the following resolutions were adopted and recorded in the Minute Book of the LLC, and they have not been modified or rescinded, and are still in full force and effect:

> "**RESOLVED,** that in the judgment of the LLC it is desirable and in the best interest of the LLC, its creditors, partners and other interested parties, that a petition be filed by the LLC for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further
>
> "**RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that **Sophien Bennaceur**, manager of the LLC, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it is further
>
> "**RESOLVED,** that **Sophien Bennaceur**, manager of the LLC, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to take any and all other actions which he may deem necessary or proper in connection with such Chapter 11 case, and, in that connection, that the firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C. be retained and employed as legal counsel for the LLC under a general retainer, in addition to such special counsel as may hereafter become necessary or proper with a view to the successful

{00674766.DOC;1 }652181

conclusion of such Chapter 11 case."

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the LLC this **8th** day of **May, 2014**.

_____
Manager
Sophien Bennaceur

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                                                    Chapter 11

**TRIPLANET PARTNERS LLC**                            Case No.
**D/B/A CONVERGENCE ,**

                            Debtor.
--------------------------------------------------------X

## DECLARATION PURSUANT TO LOCAL RULE 1007

STATE OF NEW YORK    )
                                        ) ss.:
COUNTY OF NEW YORK )

Sophien Bennaceur, hereby declares under penalties of perjury, as follows:

1. I am the manager of TriPlanet Partners LLC. (the "Debtor"), and am fully familiar with the facts set forth herein.

2. The Debtor operates an international management consultancy to the financial services industry that delivers expert solutions in business performance and transformation across the finance, risk, treasury and technology functions.

3. No pre-petition committee was organized prior to the Order for relief.

4. No property of the Debtor is in the possession and control of a receiver for the benefit of mortgagees and creditors.

5. The Debtor's financial condition was precipitated by certain restraining notices which prevented the Debtor from operating its business

6. The purpose of filing this petition is to preserve the assets of the Debtor for the benefit of the creditors and to allow it to restructure its obligations, while continuing to operate its business in the ordinary course.

{00674771.DOC;1}392093

7. Salaries currently being paid by the Debtor to the officers approximate $166,666.64 per month.

8. The estimated operating expense of the Debtor for the next **thirty days** is:

### INCOME

| | |
|---|---|
| Total Estimated Income: | $0.00 |

### EXPENSES

| | |
|---|---|
| Health Insurance | $5,000 |
| Rent | $823 |
| Legal | $12,500 |
| Accounting | $10,000 |
| Telephone | $1,000 |
| Salaries[1] | $166,666.64 |
| Consulting Fees | $15,000 |
| Total Estimated Expenses: | $210,989.64 |
| NET INCOME: | $(210,989.64) |

/s/
**Sophien Bennaceur, Manager**

---

[1] The salaries listed are for Sophien Bennaceur; Imed Bennaceur; Hazeem Bennaceur; and Moez Bennaceur pursuant to certain employment agreements. They have each agreed to limit their salaries to 50% of the amounts set forth in the relevant employment agreement for the first 3 months from the Petition Date and will revisit this reduced salary arrangement thereafter.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **TRIPLANET PARTNERS LLC**

Debtors

Case No. _____

Chapter **11** _____

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: _____    Signed: _____

Dated: _____    Signed: _____

Signed: _____
Attorney for Debtor(s)
Bar no.:

Telephone No.:
Fax No.:
E-mail address:

TRIPLANET PARTNERS LLC
50 MAIN STREET, SUITE 1000
WHITE PLAINS, NY 10606


A. MITCHELL GREENE
875 THIRD AVENUE, 9TH FLOOR
NEW YORK, NY 10022


AMO CONSULTING
95 WALL STREET
NEW YORK, NY 10005


BALBER PICKARD MALDONADO & VAN DER TUIN
1370 AVENUE OF THE AMERICAS
NEW YORK, NY 10019


BENJAMIN ROBERTS
50 OLD REDDING ROAD
WESTON, CT 06883


EMERGENCE NORTH AFRICA PARTNERS
IMMEUBLE SUN
RUE DU LAC MALAREN
TUNIS, TUNISIE

HAZEM BENNACEUR
NET IMMOBILIERE BUILDING, SUITE A1.2
RUE DU LAC CONSTANCE
LES BERGES DU LAC 1053
TUNIS, TUNISIE

HICHEM AJBOUNI
LES BERGES DU LAC
TUNIS, TUNISIE


HM REVENUE & CUSTOMS
100 PARLIAMENT STREET
SW1A 2BQ
LONDON, ENGLAND

```
IMED BENNACEUR
NET IMMOBILIERE BUILDING, SUITE A1.2
RUE DU LAC CONSTANCE
LES BERGES DU LAC 1053
TUNIS, TUNISIE

KAMMOUN & KALLEL CONSEIL
EMERAUDE PALAC
RUE DU LAC WINDERMERE
LES BERGES DU LAC 1053
TUNIS, TUNISIE

KHCS CONSULTANTS LIMITED
UNIT 2 CAPITAL BUSINESS PARK
MANOR WAY
BOREHAMWOOD
HERTFORDSHIRE WD6 1GW, ENGLAND

MOEZ BENNACEUR
NET IMMOBILIERE BUILDING, SUITE A1.2
RUE DU LAC CONTANCE
LES BERGES DU LAC 1053
TUNIS, TUNISIE

O'ROURKE & ASSOCIATES
27 PINE STREET
ATTN:  BRENDAN J. OROURKE & LOREY RIVES
NEW CANAAN, CT 06840

PHONECIA CAPITAL INVESTMENTS
NET IMMOBILIERE BUILDING, SUITE A1.2
RUE DU LAC CONSTANCE
LES BERGES DU LAC 1053
TUNIS, TUNISIE

RAICHE ENDE MALTER & CO. LLP
90 MERRICK AVENUE
EAST MEADOW, NY 11554

SOPHIEN BENNACEUR
NET IMMOBILIERE BUILDING, SUITE A1.2
RUE DU LAC CONSTANCE
LES BERGES DU LAC 1053
TUNIS, TUNISIE

STAMELL & SCHAGER LLP
1 LIBERTY PLAZA, 23 FLOOR
NEW YORK, NY 10006
```

```
TRIPLANET CONSULTANTS
NET IMMOBILIERE BUILDING, SUITE A1.2
RUE DU LAC CONSTANCE
LES BERGES DU LAC 1053
TUNIS, TUNISIE
```