# EXHIBIT T

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - x

BENJAMIN ROBERTS          : No. 3:12CV-1222 (SRU)
                          : 915 Lafayette Boulevard
        vs.               : Bridgeport, Connecticut
                          :
                          : March 12, 2013
TRIPLANET PARTNERS LLC, ET AL :

- - - - - - - - - - - - - - - - x


PREJUDGMENT REMEDY HEARING


B E F O R E:

    THE HONORABLE STEFAN R. UNDERHILL, U. S. D. J.


A P P E A R A N C E S:

    FOR THE PLAINTIFF:

        O'ROURKE & ASSOCIATES
            27 Pine Street
            New Canaan, Connecticut   06840
        BY: BRENDAN JOHN O'ROURKE, ESQ.
            LOREY RIVES LEDDY, ESQ.

    FOR THE DEFENDANT:

        STAMELL & SCHAGER, LLP
            One Liberty Plaza, 35th FL
            New York, New York   10006
        BY: JARED B. STAMELL, ESQ.



                Susan E. Catucci, RMR
                Official Court Reporter
                915 Lafayette Boulevard
             Bridgeport, Connecticut   06604
                   Tel: (917)703-0761

```
1              MR. STAMELL:  Let's go, let's try it.
2              THE COURT:  Mr. Roberts' wife can come in if
3    she's not going to be a witness.
4    S O P H I E N     B E N N A C E U R,    called as a
5    witness on behalf of the Defendants, having been duly
6    sworn by the Court, testified as follows:
7              THE COURT:  Please state your full name and tell
8    us what city you live in?
9              THE WITNESS:  Sophien Bennaceur, New York City.
10             MR. STAMELL:  Talks faster than I do.
11   DIRECT EXAMINATION
12   BY MR. STAMELL:
13   Q.   Mr. Bennaceur, would you, you've heard Mr. Roberts'
14   testimony about, before there was a dispute, as treating
15   him like family; is that your view?
16   A.   Yes.
17   Q.   All right.  And did you think that the relationship
18   with him could have been a long one?
19   A.   Could it --
20   Q.   Could have been a long relationship?
21   A.   Yes, absolutely.
22   Q.   Now, there's a dispute and let me show you and ask
23   you what is, what are Exhibit A and Exhibit B exhibits?
24   A.   A and B is, are presentation of we have an accounting
25   system that the bookkeepers input all sorts of data in it
```

```
 1    and they did a dump on Excel for presentation purposes,
 2    for presentation purposes.  So they represent a high level
 3    P&L analysis of the company performance during 2010, 2011.
 4    Q.   So these are statements that are from the books and
 5    records of TriPlanet?
 6    A.   Correct.
 7    Q.   Now, let me ask you:  Are there any other financial
 8    statements that have been or are being prepared that would
 9    be relevant to the dispute over whether Mr. Roberts was
10    paid the amount he should have should have been paid?
11    A.   These are what we have today and we have KPNG just
12    starting to go through 2009, '10, '11 and '12 audits in
13    order to produce certified statements.
14    Q.   And how long will it take KPNG to do its work?
15    A.   They promised to have it by May 30th.
16    Q.   Okay.  If they promised to have it by May 30th, when
17    do you really think they'll have it?
18    A.   I believe they'll probably have it mid June.
19    Q.   Now, in the meantime, these are, these statements are
20    made from the books and records of the company?
21    A.   That is correct.
22    Q.   And in accordance with the practices of the company,
23    preparing such statements?
24    A.   Correct.
25              MR. STAMELL:  Your Honor, we offer A and B into
```

14-22643-rdd    Doc 20    Filed 06/20/14    Entered 06/20/14 10:35:09    Main Document
Pg 5 of 13
14-22643-rdd    Doc 14-2    Filed 06/06/14    Entered 06/06/14 12:02:47    Pleading
Declaration of Brendan J ORourke    Esq.    Pg 213 of 245

120

```
 1   that they didn't pay in order to finance the growth of the
 2   company.  There were a lot of things that came up that
 3   were not --
 4   Q.   So --
 5   A.   -- in the picture.
 6   Q.   -- you hadn't done that analysis until sometime in
 7   the middle of 2012, when the RBS contract ended?
 8   A.   We, we started the overall analysis late in 2011 by
 9   going through data entry on the sage system (ph) which is
10   our accounting and finance system.  This will hold all of
11   our records.  And then when RBS fired us, we had to go
12   back and return monies to RBS.
13   Q.   When you say "we," who's we?
14   A.   The company.
15   Q.   Well, who is "we" --
16   A.   The company was fired by RBS.
17   Q.   When you talk about people doing this analysis at
18   TriPlanet --
19   A.   We have, we had an accounting and admin team in
20   London doing all the bookkeeping.
21   Q.   Were either of your brothers involved in that?
22   A.   The bulk of the work was done by admin team.  Only
23   one was involved but from a high level perspective.
24   Q.   Which brother?
25   A.   Hazem.
```

14-22643-rdd    Doc 20    Filed 06/20/14    Entered 06/20/14 10:35:09    Main Document
14-22643-rdd    Doc 14-2    Filed 06/06/14    Entered 06/06/14 12:02:47    Pleading
Declaration of Brendan J ORourke   Esq.    Pg 214 of 245
Pg 6 of 13

121

1  Q. So Imed had no --

2  A. Nope.

3  Q. -- involvement in trying to reconcile the numbers?

4  A. No. He was a billable partner. He was at the

5  client.

6  Q. Now, sir, would you acknowledge that you stated that

7  you don't own an interest in TriPlanet?

8  A. I do not own interest in TriPlanet.

9  Q. In the numbers that your attorney presented in the

10 exhibit that was offered and entered into evidence,

11 there's a reference to some 5 million pounds in

12 compensation having been paid you from TriPlanet, is that

13 correct?

14 A. I understand, yes.

15 Q. And that 5 million pounds, your counsel had asked you

16 a question about conversion, what would that convert to in

17 U. S. dollars?

18 A. I don't know where it stands today.

19 Q. Okay.

20 A. I don't know if it's 1.5 or -- I don't know what the

21 conversion rate is today, but I will go with whatever the

22 market is today.

23 Q. Now, in terms of the monies that were paid to you,

24 did you seek to get Mr. Roberts' consent or ratification

25 on monies that were paid out of TriPlanet to you?

14-22643-rdd    Doc 20    Filed 06/20/14    Entered 06/20/14 10:35:09    Main Document
                                    Pg 7 of 13
14-22643-rdd    Doc 14-2    Filed 06/06/14    Entered 06/06/14 12:02:47    Pleading
                   Declaration of Brendan J ORourke    Esq.    Pg 215 of 245

122

| | |
|---|---|
| 1 | A.   I have a standing agreement with TriPlanet -- by the |
| 2 | way, TriPlanet Partners started in 2003, and all of us |
| 3 | worked all this time without any compensation to build up |
| 4 | this company and saved money in order to save enough money |
| 5 | to make, to get this company to grow and prepare ourselves |
| 6 | for RBS. |
| 7 | Q.   Who was the first contract that TriPlanet Partners |
| 8 | entered into for services with outside entities? |
| 9 | A.   Oh, it goes to 2003, 2004. |
| 10 | Q.   What was the name of the entity? |
| 11 | A.   TriPlanet Partners. |
| 12 | Q.   And who was the first client? |
| 13 | A.   Oh, the client. |
| 14 | Q.   Yes. |
| 15 | A.   One was Alliance, one was First Assets, and it was |
| 16 | Fresh Direct.  And I forgot the other client, another |
| 17 | client.  Then Barclays Capital, and then RBS. |
| 18 | Q.   Now, in terms of your revenues for 2010, from your |
| 19 | numbers, do you have your -- those documents in front of |
| 20 | you? |
| 21 |          MR. STAMELL:  I'll give them to him. |
| 22 |          (Hands witness.) |
| 23 | A.   Yep. |
| 24 | Q.   Am I reading this will correctly that was it |
| 25 | 1.6 million pounds that are reflected as revenues for |

14-22643-rdd    Doc 20    Filed 06/20/14    Entered 06/20/14 10:35:09    Main Document
Pg 8 of 13
14-22643-rdd    Doc 14-2    Filed 06/06/14    Entered 06/06/14 12:02:47    Pleading
Declaration of Brendan J ORourke    Esq.    Pg 216 of 245

147

1    THE WITNESS: Good seeing you again, Your Honor.
2    THE COURT: Well, if you guys don't settle this,
3    you'll see a lot of me.
4    (Laughter)
5    DIRECT EXAMINATION
6    BY MR. STAMELL:
7    Q. Okay. So, Mr. Bennaceur, did I get your last name
8    correct? Finally. All right.
9    What -- is there a written arrangement on which you
10   were entitled to be paid by TriPlanet?
11   A. We entered an agreement in 2003, Imed was the initial
12   partner who put the money up. He said let's put in money
13   and he wanted to create his own consulting firm while he
14   was employed by a different company. And we agreed that,
15   all of us, we would have an agreement with the firm, how
16   much we would make per year.
17   And I'm going to get to answer your question also,
18   Your Honor, 1099 versus W-2, it's compensation really,
19   it's not called a salary. And that if I were to bring a
20   big deal like this one, I'm entitled to 15 percent of
21   revenue. However, from a distribution perspective, since
22   we're start up and we have zero debt and we owe no one any
23   money, by the way, everybody that worked for us is paid
24   up, we owe no one money at all. And we didn't take any
25   loans from banks. It's all self financed. And in order

14-22643-rdd    Doc 20    Filed 06/20/14    Entered 06/20/14 10:35:09    Main Document
14-22643-rdd    Doc 14-2    Filed 06/06/14    Entered 06/06/14 12:02:47    Pleading
Declaration of Brendan J ORourke    Esq.    Pg 217 of 245
Pg 9 of 13

148

1  to do that, we did not pay ourselves the money when we
2  needed the cash to finance the growth. When we had an
3  opportunity to do that, then we made it, then we took
4  money out to pay ourselves.
5  Q. And now is the arrangement for payment, is that
6  documented in the records of the company?
7  A. We have, every single one of has an agreement with
8  TriPlanet, and I would be happy to provide it to
9  everybody.
10 Q. Why don't you have it here today?
11 A. Because literally our office in London, we shut it
12 down in December 2012 because we were carrying heavy costs
13 and we lost our client. We had to pack up everything, put
14 it in freight and move it all to the opt center where it's
15 cheaper to maintain and cheaper to have resources to
16 Tunisia which has been there since 2005. So we sent
17 everything there.
18    We have all the records literally now in customs
19 about to be delivered to our offices. All of our
20 employment agreements, all of our bills. The sage
21 financial accounting system, all of the customer invoices,
22 all the customer contracts, all the IR's which is the
23 statement of worth. And we would have it available within
24 a few days. The employment agreements will be available
25 within a few days and I can send you all the agreements.

14-22643-rdd    Doc 20    Filed 06/20/14    Entered 06/20/14 10:35:09    Main Document
                                    Pg 10 of 13
14-22643-rdd    Doc 14-2    Filed 06/06/14    Entered 06/06/14 12:02:47    Pleading
                Declaration of Brendan J ORourke    Esq.    Pg 218 of 245

149

```
 1                MR. STAMELL:  I have no further questions, Your
 2     Honor.
 3                MR. O'ROURKE:  I don't have any further
 4     questions, Your Honor.
 5                THE COURT:  So how did you declare the 5.5?
 6                THE WITNESS:  It's 15 percent of the total
 7     revenue.
 8                THE COURT:  On your tax returns?
 9                THE WITNESS:  It's a 1099.
10                THE COURT:  Okay.  The full amount is a 1099?
11                THE WITNESS:  Yes.  It's a 1099 because I didn't
12     have a capital investment where some of it can be treated
13     as deferred compensation, where some of it will be
14     investment and retain some of it and keep it in the
15     company in order to grow the company or decide to add more
16     investments into the company.  But it's treated as a 1099,
17     not as a W-2.
18                There's no biweekly or monthly equal payments
19     per se, because if we did that we were never going to be
20     able to finance the growth.
21                THE COURT:  I get that, but at the end of the
22     year the firm's accountants or the firm itself had to send
23     you something to declare for your income.
24                THE WITNESS:  1099.
25                THE COURT:  You got a 1099 for this.
```

14-22643-rdd    Doc 20    Filed 06/20/14    Entered 06/20/14 10:35:09    Main Document
Pg 11 of 13
14-22643-rdd    Doc 14-2    Filed 06/06/14    Entered 06/06/14 12:02:47    Pleading
Declaration of Brendan J ORourke    Esq.    Pg 219 of 245

163

```
 1    sense to try to do that, you know, as soon as possible but
 2    it's still going to take I think at least a couple months
 3    from what we heard, plus we heard Mr. Bennaceur say there
 4    are documents he doesn't have access to which I think are
 5    going to probably tie into this analysis.
 6            So that's our position, although again it
 7    doesn't, I hope the Court wouldn't construe to that mean
 8    there's any less earnestness in seeking the order we've
 9    applied for today.
10            MR. STAMELL:  And of course, I mean for our own
11    benefit we have undertaken to provide accountants, an
12    independent accountant, although I understand Your Honor
13    questions that independence but with work papers so that
14    an independent accountant could review them and guide the
15    parties and deal with the questions of is there evidence
16    that these things that actually, the cash was paid, was
17    paid under the circumstances of the company, hopefully the
18    auditor could get right back doing an audit.
19            As far as mediation, of course, a mediation
20    would is an excellent idea.  So far I have Your Honor's
21    very reasonable self as an example, and I would, but I
22    would think that what this is is a case that should not
23    get out of hand.  If we can keep it in, let's look at what
24    the sums are and see if we can come to an agreement, even
25    though I am sure that you can, as lawyers can always find
```

14-22643-rdd   Doc 20   Filed 06/20/14   Entered 06/20/14 10:35:09   Main Document
Pg 12 of 13
14-22643-rdd   Doc 14-2   Filed 06/06/14   Entered 06/06/14 12:02:47   Pleading
Declaration of Brendan J ORourke   Esq.   Pg 220 of 245

164

how items are categorized and argue about whether it's correct, at least we should get the amounts in the right category so we know what they are and I think that will simplify the case tremendously. And this is a case that should be resolved between people that, because the business did not continue and only because of that, there is a question of compensation. That's the only reason why we're here. If things had gone a little bit better and RBS had continued the contract and gotten another one, they wouldn't be here, they would probably be landing their jets at Bridgeport because of the success of the effort.

But that still doesn't mean that the effort wasn't worth taking and that complaints of partners and executives involved shouldn't be met, and that's what we're trying to do.

THE COURT: Okay. Well, I think I've encouraged you about as much as I can encourage you and we'll pick it up. I would just urge you to start exchanging whatever documentation is available to both sides so people can keep evaluating the case as you go. When these documents are released from custodies, they are going to be subject to discovery, you might as well just make an extra set.

MR. BENNACEUR: We will release them, Your Honor.

14-22643-rdd    Doc 20    Filed 06/20/14    Entered 06/20/14 10:35:09    Main Document
Pg 13 of 13
14-22643-rdd    Doc 14-2    Filed 06/06/14    Entered 06/06/14 12:02:47    Pleading
Declaration of Brendan J ORourke    Esq.    Pg 221 of 245

166

C E R T I F I C A T E

I, Susan E. Catucci, RMR, Official Court Reporter for the United States District Court for the District of Connecticut, do hereby certify that the foregoing pages are a true and accurate transcription of my shorthand notes taken in the aforementioned matter to the best of my skill and ability.

/S/ Susan E. Catucci
_____

Susan E. Catucci, RMR
Official Court Reporter
915 Lafayette Boulevard
Bridgeport, Connecticut  06604
Tel: (917) 703-0761