| | |
|---|---|
| **ROBINSON BROG LEINWAND GREENE**<br>  **GENOVESE & GLUCK P.C.**<br>Attorneys for the Debtor<br>875 Third Avenue, 9th Floor<br>New York, New York 10022<br>Tel. No.: 212-603-6300<br>**A. Mitchell Greene, Esq.** | **HEARING DATE AND TIME:**<br>**February 11, 2015 at 10:00 a.m.** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re                                                          Chapter 11

**TRIPLANET PARTNERS, LLC**,                  Case No.: 14-22643-rdd

                Debtor.

-------------------------------------------------------X

**NOTICE OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER EXTENDING
EXCLUSIVE RIGHT TO FILE A PLAN OF REORGANIZATION AND TO SOLICIT
ACCEPTANCES WITH RESPECT THERETO AND FOR RELATED RELIEF**

    **PLEASE TAKE NOTICE**, that upon the annexed motion of Triplanet Partners, LLC, the debtor and debtor in possession herein (the "Debtor"), by its attorneys, Robinson Brog Leinwand Greene Genovese & Gluck P.C., dated December 30, 2014, a hearing (the "Hearing") will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on February 11, 2015 at 10:00 A.M. (the "Hearing Date"), or as soon thereafter as counsel may be heard for entry of an Order Extending Debtor's Exclusive Right to File a Plan of Reorganization and to Solicit Acceptances with Respect Thereto and For Related Relief (the "Motion").

    **PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief sought in the Motion, must be in writing setting forth the facts and authorities upon which an objection is

{00708010.DOCX;1 }

based, filed with the Clerk of the Court, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, with a copy to Chambers, provided, however, that pursuant to *general order* No. M-399 re Electronic Case Filing Procedures (as amended from time to time), entities with Internet access shall file objections (formatted with Adobe Acrobat file format) at http://www. nysb.uscourts.gov., and served so as to be received by the attorneys for the Debtor, Robinson Brog Leinwand Greene Genovese & Gluck P.C., 875 Third Avenue, New York, New York 10022, Attention: A. Mitchell Greene, Esq., and the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006 New York, New York 10014, no later than seven (7) days prior to the Hearing Date.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without further notice except by announcement of such adjournment in open court on the date scheduled for the Hearing.

**DATED:**    New York, New York
December 30, 2014

**ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.**
**Attorneys for Debtor**
875 Third Avenue, 9th Floor
New York, New York 10022
Tel. No.: 212-603-6300

**By: /s/ A. Mitchell Greene**
           **A. Mitchell Greene**